IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

R R DONNELLEY NORWEST INC,       )
       )
       )
       Plaintiff,       )    TC-MD 150520R
       )
    v.       )
       )
MULTNOMAH COUNTY ASSESSOR,       )
and DEPARTMENT OF REVENUE,       )
State of Oregon       )
       )
       Defendants.       )    **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered April 4, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion.

On March 14, 2016, the court received a letter from Plaintiff's representative, Deborah Kling, stating that Plaintiff no longer wishes to pursue this appeal. There was no indication that copies of the letter were provided to Defendants as required by Tax Court Rule-Magistrate Division 5. Court staff telephoned Plaintiff's representative and left a message explaining that the letter would not be filed without evidence that all parties had received a copy. As of this date, the court has not received any further communication from Plaintiff. Under these circumstances, the court finds the case should be dismissed. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of April 2016.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on April 22, 2016.*